~~Change of Address Notification & Request~~ # Confirmation

Please Call me Tim Morse at 707-447-7134 message
for
410-7171 cell #
to varify COA

To: % Court Clerk

To whom ever it may concern, C 08-173 CRB

I Tim Morse recently filed a cival suite through your District. It is to my understanding that I am obligated through legal procedure to notify you of my

→ Change of Address

RECEIVED FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I recently was incarcerated at San Quentin

My New Mailing Address is as follows

#1 Tim Morse
119 Dundee ct
Vacaville CA. 95687

and I ~~ask~~ request that duplicate your return confirmation letter and send 1 to my Temporary Mailbox.

#2 Tim Morse
354 Parker St
2357
Vacaville CA 95696

Please call my message phone with conformation and I need my Case or docet # for tracking & confirmed confirmation for my self while seeking ~~legal~~ lawyer an attourny. 1/22/08

Tim Morse
354 Parker St.
2357
Vacaville, CA. 95696

SACRAMENTO CA
22 JAN 2008 PM
USA 41

c/o Court Clerk
United States District Court
Northern district of California
450 Golden Gate Avenue
San Francisco CA
94102

9410235661 C004

