IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM MORSE, | No C 08-00173 CRB (PR) |
|     Plaintiff, | ORDER OF DISMISSAL |
|   v. | |
| CDCR, et al., | |
|     Defendant(s). | |

On February 11, 2008, the court notified plaintiff at his new mailing address that his prisoner civil rights action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so.  The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Morse, T1.or1.wpd

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIM MORSE,

        Plaintiff,

  v.

CDCR et al,

        Defendant.

Case Number: CV08-00173 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tim D. Morse
119 Dundee Ct.
Vacaville, CA 95687

Dated: March 25, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk