IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIM MORSE,

        Plaintiff,

  v.

CDCR, et al.,

        Defendant(s).
                           /

No C 08-00173 CRB (PR)

ORDER OF DISMISSAL

      On February 11, 2008, the court notified plaintiff at his new mailing address that his prisoner civil rights action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

      More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

      The clerk shall close the file and terminate all pending motions as moot.

      SO ORDERED.

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Morse, T1.or1.wpd